JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ORLANDO GARCIA, an individual,

         Plaintiff,

    v.

FIRST METRO REALTY, LLC, a
Delaware Limited Liability Company;
JJ BARGAIN, INC., a California
Corporation; and DOES 1 through 10,
inclusive,

         Defendants.

Case No. 2:20-cv-1887-MWF-E

Before the Honorable Michael W. Fitzgerald

**DEFAULT JUDGMENT**

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff Orlando Garcia's Motion for Default Judgment (the "Motion").  (Docket No. 28).

Defendants First Metro Realty, LLC and JJ Bargain, Inc. were regularly served with process, but failed to retain counsel or otherwise defend this action. Default was entered against Defendants on March 30, 2020.  (Docket Nos. 15-16).

Plaintiff has now requested entry of default judgment against the defaulted Defendants. Having considered Plaintiff's Motion and supporting papers, and good cause appearing under Rules 54, 55(b), 58, and 65(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in favor of Plaintiff be entered as follows:

1. Defendants shall be liable to Plaintiff for a total of $3,344.60, which is inclusive of special damages in the amount of $2,784.60 in attorneys' fees and $560 in costs.

2. Defendants are enjoined to provide wheelchair accessible paths of travel and a wheelchair accessible sales counter at the JJ Bargain store located at 170 S. Vermont Avenue, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: September 3, 2020

MICHAEL W. FITZGERALD
United States District Judge

2